| | |
|---|---|
| TIMOTHY CRAIG DENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:26-CV-143 |
| v. | ) |
| | ) |
| UNITED STATES GOVERNMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to the following cases: *Denton v. Tennessee Bureau of Investigation, et al.*, 3:26-cv-69, which was filed on February 17, 2026 and is currently pending before this Court, *Denton v. Tennessee Bureau of Investigation*, No. 3:25-CV-189, which was voluntarily dismissed by Plaintiff Denton on May 19, 2025 [Doc. 9], and *Denton v. Tennessee Bureau of Investigation, et al.*, No. 3:23-CV-91, which was dismissed under Federal Rule of Civil Procedure 41(b) and Local Rule 83.13 on March 14, 2024 [Doc. 17]. Specifically, these cases arise out of the same transaction or occurrence and involve one or more of the same parties. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(2). Because the first of these cases was assigned to District Judge Katherine A. Crytzer and Magistrate Judge Debra C. Poplin, this case will also be assigned to District Judge Katherine A. Crytzer and Magistrate Judge Debra C. Poplin.

**IT IS SO ORDERED**.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge